UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

**CHRISTOPHER ENGLAND,**

      **Plaintiff,**

v.                                                          **Case No: 6:20-cv-269-Orl-41LRH**

**MIDWEST TRANSPORTATION INC.,**

      **Defendant.**

_____/

**ORDER**

THIS CAUSE is before the Court upon *sua sponte* review. The Complaint (Doc. 1) in this action was filed on February 17, 2020. Pursuant to Federal Rule of Civil Procedure 4(m), Plaintiff must effectuate service on Defendants within ninety days of filing the Complaint. Plaintiff was also warned that failure to comply with any Local Rules or Court Orders may result in the imposition of sanctions including, but not limited to, the dismissal of this action without further notice. (Notice to Counsel and Parties, Doc. 9). Plaintiff has failed to serve Defendant, and the time to do so has passed.

Accordingly, it is **ORDERED** and **ADJUDGED** that this case is **DISMISSED without prejudice** for failure to comply with Court Orders and for failure to prosecute. The Clerk is directed to close this case.

**DONE** and **ORDERED** in Orlando, Florida on July 1, 2020.



CARLOS E. MENDOZA
UNITED STATES DISTRICT JUDGE

Copies furnished to:

Counsel of Record
Unrepresented Party